trial judge be found wanting in failing to give a manslaughter instruction on his own initiative."

On the basis of the record we conclude that the decision of the court to dismiss the petition for post-conviction relief does not appear to be based on a manifestly erroneous factual determination. The record made at the post-conviction hearing, we find, does not show a denial of effective assistance of counsel. So far as the record and the finding of the trial court is concerned, it was shown that defendant was adequately advised on the issue raised.

For the reasons stated, therefore, the judgment of the circuit court of Champaign County is affirmed.

Affirmed.

STENGEL and BARRY, JJ., concur.

The People of the State of Illinois, Plaintiff-Appellee, v. Lester Gilbert, Defendant-Appellant.

(No. 12550;

Fourth District—July 24, 1975.

Opinion by Mr. JUSTICE ALLOY.

Richard J. Wilson, of State Appellate Defender's Office, of Springfield, for appellant.

James R. Burgess, Jr., State's Attorney, of Urbana (G. Michael Prall and Jacqueline K. Nejmanowski, both of Illinois State's Attorneys Association, of counsel), for the People.